STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG, ESQ.     (SBN 113755)
BARRY SULLIVAN, ESQ.         (SBN 136571)
RICHARD A. LOVICH, ESQ.      (SBN 113472)
AANCHAL V. SANGHVI, ESQ.     (SBN 315053)
asanghvi@sacfirm.com
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
KERN COUNTY HOSPITAL AUTHORITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY, a public agency that is a local unit of government, which owns and operates KERN MEDICAL CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation and DOES 1 THROUGH 25, INCLUSIVE <br><br> Defendants. | Case No.: 1:18-cv-00473-DAD-JLT <br><br> [~~PROPOSED~~] **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

|   | [~~PROPOSED~~] ORDER |
|---|---|
| 1 | |

The parties have stipulated that the plaintiff may file a first amended complaint to add two addition defendants. (Doc. 15) Thus, the Court **ORDERS**:

1. The plaintiff may file the agreed-upon first amended complaint within two court days;

2. The defendant's answer to the complaint is DEEMED responsive to the first amended complaint.

IT IS SO ORDERED.

Dated: __October 3, 2018__                    __/s/ Jennifer L. Thurston__
                                              UNITED STATES MAGISTRATE JUDGE