UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY, a public agency that is a local unit of government, which owns and operates KERN MEDICAL CENTER,<br><br>        Plaintiff,<br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut for-profit corporation, C&J SPEC-RENT SERVICES, INC., a Texas for-profit corporation, KVS TRANSPORTATION, INC., a California for-profit corporation and DOES 1 THROUGH 25, INCLUSIVE<br><br>        Defendants. | Case No.: 1:18-cv-00473-DAD-JLT<br><br>**[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 32) |

# [~~PROPOSED~~] ORDER

Good cause appearing, the Court ORDERS that the Settlement Conference CONTINUED to March 28, 2019 at 9:00 a.m.

IT IS SO ORDERED.

    Dated: __**January 28, 2019**__            __**/s/ Jennifer L. Thurston**__
                                                                    UNITED STATES MAGISTRATE JUDGE