# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY,<br><br>                      Plaintiff,<br><br>  vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br>                      Defendant. | CASE NO. 18-cv-00473-DAD-JLT<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |

Good cause appearing, the Court **ORDERS**:

    1.    United's corporate representative may appear at the March 28, 2019 Settlement Conference by telephone provided the representative throughout the conference.

IT IS SO ORDERED.

    Dated:  **March 25, 2019**                    **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE