**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERN COUNTY HOSPITAL AUTHORITY,<br><br>                      Plaintiff,<br><br>    vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br>                      Defendant. | CASE NO. 18-cv-00473-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>(Doc. 37) |

The parties report they had come to terms of settlement.  (Doc. 37) They indicate they will seek dismissal of the action within 60 days. <u>Id</u>. at 2.  Thus, the Court **ORDERS**:

      1.      The stipulation to dismiss the action **SHALL** be filed **<u>no later than May 24, 2019</u>**;

      2.      All pending dates, conferences and hearings are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

    Dated:   **March 28, 2019**                 **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28