1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KERN COUNTY HOSPITAL AUTHORITY, ) | Case No.: 1:18-cv-0473 - DAD - JLT |
| 12  Plaintiff, ) | ORDER CLOSING THE ACTION AND |
| 13  v. ) | RETAINING JURISDICTION TO ENFORCE THE |
| 14  UNITEDHEALTHCARE INSURANCE ) | SETTLEMENT AGREEMENT. |
| COMPANY, et al., ) | |
| 15  ) | |
| 16  Defendants. ) | |

17          The parties have stipulated to the action being dismissed with prejudice and with each side

18    bearing their own fees and costs. (Doc. 43 at 2.) Because the settlement will not be completed by

19    September 6, 2019, they ask the Court to dismiss the case but allow that the dismissal to be effective

20    ten days later.

21          The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately

22    with further order of the Court. Because all parties who have appeared in the action signed the

23    stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d

24    688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action. To

25    allow the settlement to be effectuated, the Court will retain jurisdiction to enforce the settlement.

26

27    IT IS SO ORDERED.

28        Dated:  __August 15, 2019__                    _____/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE